UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL ZITO and CATHERINE ZITO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **JUDGMENT IN A** |
| | ) | **CIVIL CASE** |
| v. | ) | **CASE NO. 2:19-CV-11-D** |
| | ) | |
| NORTH CAROLINA COASTAL RESOURCES COMMISSION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the Commission's motion to dismiss [D.E. 36] and DISMISSES the complaint WITHOUT PREJUDICE for lack of subject-matter jurisdiction. The court DENIES as moot the Federation's motion to intervene [D.E. 24] and the Zitos' motion to clarify the stipulated

administrative facts [D.E. 46].

**This Judgment Filed and Entered on March 27, 2020, and Copies To:**

| | |
|---|---|
| J. David Breemer | (via CM/ECF electronic notification) |
| Glenn E. Roper | (via CM/ECF electronic notification) |
| Erin E. Wilcox | (via CM/ECF electronic notification) |
| Mary L. Lucasse | (via CM/ECF electronic notification) |
| Marc D. Bernstein | (via CM/ECF electronic notification) |
| Blakely E. Hildebrand | (via CM/ECF electronic notification) |
| Sierra B. Weaver | (via CM/ECF electronic notification) |
| Ramona H. McGee | (via CM/ECF electronic notification) |

DATE:

March 27, 2020

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers

Deputy Clerk